**Order entered May 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00166-CV

### PAUL BRADLEY "BRAD" JOWELL, Appellant

### V.

### BIOTE MEDICAL. LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18668**

## ORDER

Before the Court is appellee's May 19, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 18, 2021**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE